UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GILJON JOHNSON,<br><br>                Plaintiffs,<br><br>vs.<br><br>SEATTLE POLICE DEPARTMENT; CITY OF SEATTLE; BENJAMIN KELLY,<br><br>                Defendants. | No.<br><br>KING COUNTY SUPERIOR COURT CAUSE NO. 16-2-08421-4<br><br>DECLARATION OF BENJAMIN KELLY IN SUPPORT OF DEFENDANTS CITY OF SEATTLE AND SPD'S NOTICE OF REMOVAL |

BENJAMIN KELLY states the following:

1) I am over the age of 18 and am competent to testify. I make the following declaration based upon my personal knowledge.

2) I am currently employed as a police officer by the Seattle Police Department ("SPD").

3) I am aware that I have been named as a defendant in the above-captioned lawsuit.

4) Upon information and belief, however, I have not yet been served with a copy of the summons and Complaint.

5) I am further aware that counsel for defendants City of Seattle and SPD will be filing a notice to remove this action from King County Superior Court to the United States District Court for the Western District of Washington.

DECLARATION OF BENJAMIN KELLY IN SUPPORT OF THE CITY DEFENDANTS' NOTICE OF REMOVAL - 1

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200

6) I understand that the basis for this removal is that the Complaint alleges claims that raise federal questions, invoking the jurisdiction of the United States District Court.

7) I consent to the removal of this matter to the United States District Court.

8) I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 28th day of April, 2016, at Seattle, King County, Washington.

_____
BENJAMIN KELLY

DECLARATION OF BENJAMIN KELLY IN SUPPORT OF THE CITY DEFENDANTS' NOTICE OF REMOVAL - 2

Peter S. Holmes
Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
(206) 684-8200